■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM McNAIR, Appellant.— Judgment of the County Court, Suffolk County, rendered March 17, 1967, reversed, on the law and the facts, and case remanded to the County Court to allow defendant to withdraw his guilty plea and enter a plea of not guilty, if he be so inclined. Under the circumstances of this case it appears that defendant and his attorney agreed to enter a plea of guilty under the mistaken belief that defendant's prior conviction in North Carolina in 1949 was not a felony that would subject him to additional punishment for his current crime. The mistake was discovered prior to sentencing and no prejudice could result to the People by a withdrawal of the plea of guilty. Under these circumstances the court should have granted his application to withdraw his plea of guilty (cf. *People* v. *Jacobs*, 23 A D 2d 762). Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

■ MARIA SANTAGATA, Respondent, v. ALFONSE L. SANTAGATA, Appellant. — Order of the Supreme Court, Kings County, dated July 6, 1967, modified, by (1) reducing the amount set forth in the second ordering paragraph from $250 to $50 per week, (2) striking out the provision that said amount is in part for plaintiff's support and maintenance, thus leaving the award solely for the support and maintenance of the child of the parties, and (3) providing that, insofar as plaintiff's motion was for an award for her support and maintenance, it is referred to the trial court for determination, as so modified, order affirmed, without costs. The trial of this action, which was adjourned to January, 1968, should proceed promptly; and, in view of the fact that plaintiff is neither indigent nor in special need, and the highly conflicting statements of the parties as to the issue of temporary support for plaintiff, that issue can be best resolved by the trial court. Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ STUART WEINER, an Infant, by His Guardian ad Litem, MILDRED WEINER, Respondent, et al., Plaintiff, v. SERPS AUTO WRECKERS, INC., et al., Appellants.— Judgment of the Supreme Court, Kings County, dated October 10, 1966, reversed insofar as appealed from (the provision severing the cross complaint of the City of New York was excepted from the appeals), on the law and the facts, and new trial granted, with costs to abide the event, unless plaintiff Stuart Weiner, within 30 days after entry of the order hereon, serve and file a written stipulation agreeing (1) to reduce the amount of the recovery on the verdict in his favor against defendants from $400,000 to $300,000, (2) to reduce accordingly the recovery of interest and (3) to the entry of an amended judgment accordingly, in which event the judgment, as so reduced and amended, is affirmed insofar as appealed from, without costs. We find the amount of the verdict excessive to the extent indicated. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.